## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

| | |
|---|---|
| MP STAR FINANCIAL, INC., | ) CASE NO.: |
| | ) |
| Plaintiff, | ) JUDGE: |
| | ) |
| v. | ) Filed Pursuant to a Subpoena Issued in |
| | ) Connection with Case No. 1:19-cv-00537, |
| NEXIUS SOLUTIONS, INC., | ) Presently Pending in the Northern District |
| | ) of Ohio, Eastern Division |
| Defendant. | ) |
| | ) **PLAINTIFF'S MOTION TO** |
| | ) **COMPEL COMPLIANCE AND FOR** |
| | ) **CONTEMPT** |

Plaintiff, MP Star Financial, Inc. ("MP Star" or "MP Star Financial"), through counsel, hereby respectfully moves this Court under Fed R. Civ. P. 45(d)(2)(B)(i) and (g) for an Order compelling non-party witness All Cell Communications, Inc. ("All Cell") to produce documents responsive to MP Star's subpoena *duces tecum*, attached hereto as Exhibit A, and for contempt of court because of All Cell's failure to comply with the subpoena without adequate excuse. A Brief in Support in attached hereto.

Dated: February 4, 2020.

Respectfully submitted,

*/s/ Charles J. Pawlukiewicz*
Charles J. Pawlukiewicz (OH: 0011499)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., L.P.A.
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
Telephone:   (216) 696-1422
Facsimile:   (216) 696-1210
Email:   cjp@mccarthylebit.com

*Counsel for Plaintiff, MP Star Financial, Inc.*

{01403063-3}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, pursuant to Rule 5 of the Federal Rules of Civil Procedure, by electronic mail, regular U.S. mail, and certified mail on this 4th day of February 2020, upon:

Anthony A. Agosta, Esq.
Clark Hill PLC
500 Woodward Ave.
Suite 3500
Detroit, Michigan 48226
aagosta@clarkhill.com

*Counsel for Defendant Nexius Solutions, Inc.*

The Records Custodian
All Cell Communications, LLC
720 S. Otsego Avenue
Gaylord, MI 49735

/s/ *Charles J. Pawlukiewicz*
Charles J. Pawlukiewicz (OH: 0011499)

{01403063-3}

2