# **EXHIBIT B**

 McCarthy, Lebit, Crystal & Liffman

David M. Cuppage
Attorney at law.
Writer's Ext. 232
dmc@mccarthylebit.com

December 5, 2019

The Records Custodian
All Cell Communications, LLC
720 S. Otsego Avenue
Gaylord, MI 49735

Re: *MP Star Financial, Inc. v. Nexius Solutions, Inc.*
United State District court, Norther District of Ohio
Eastern Division, Case No. 1:19 cv 00537

To Whom It May Concern:

A Subpoena Duces Tecum was received by your company on November 13, 2019. I am following up to see when we might be receiving the requested documents.

Please do not hesitate to all with any questions.

Very truly yours,

David M. Cuppage

DMC/dcl
cc:   Gage Price

{01389332-1}