# **EXHIBIT C**

 **McCarthy, Lebit, Crystal & Liffman**

David M. Cuppage
Attorney at law.
Writer's Ext. 232
dmc@mccarthylebit.com

January 6, 2020

**VIA REGULAR U.S. MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

The Records Custodian
All Cell Communications, LLC
720 S. Otsego Avenue
Gaylord, MI 49735

Re:   *MP Star Financial, Inc. v. Nexius Solutions, Inc.*
       United State District court, Norther District of Ohio
       Eastern Division, Case No. 1:19 cv 00537

To Whom It May Concern:

A Subpoena Duces Tecum was received by your company on November 13, 2019. On December 5, 2019, I sent a reminder letter to see when we might be receiving the requested documents. I have received no response.

Therefore, I must insist that a response be received by my office no later than January 13, 2020. If no response is received, I will proceed with a motion to show cause.

Very truly yours,

David M. Cuppage

DMC/dcl
cc:   Gage Price

{01398797-1}

